**STATE of Missouri, Respondent,**

v.

**Jasper MADISON, Jr., Appellant.**

**No. 29639.**

Missouri Court of Appeals, Western District.

Feb. 26, 1979.

Paul R. Otto, Asst. Atty. Gen., Jefferson City, for respondent.

Clifford A. Cohen, Public Defender, Kansas City, for appellant.

---

Before HIGGINS, Special Judge Presiding, PRITCHARD, J., and WELBORN, Special Judge.

## ON MOTION FOR REHEARING

PER CURIAM:

Following the adoption of the opinion in this case, the United States Supreme Court reversed the decision of the Missouri Supreme Court in *State v. Duren*, 556 S.W.2d 11 (Mo.banc 1977). *Duren v. State*, 439 U.S. 357, 99 S.Ct. 664, 58 L.Ed.2d 579 (1979).

*Duren v. State*, supra, together with *Lee v. State*, 439 U.S. 461, 99 S.Ct. 710, 58 L.Ed.2d 736 (1979), and other cases decided that date by the United States Supreme Court, require reversal of the judgment in this case.

Reversed and remanded.